GERARD DeTOIA, Appellant, v YELLOW TRANSPORTATION, INC., et al., Respondents. [889 NYS2d 475]—

The Supreme Court properly denied the plaintiff's oral application pursuant to CPLR 4404 (a) to set aside the verdict as contrary to the weight of the evidence. Whether a jury verdict should be set aside as contrary to the weight of the evidence does not involve a question of law, but rather, requires a discretionary balancing of many factors (*see Cohen v Hallmark Cards,* 45 NY2d 493, 498-499 [1978]). It is for the trier of fact to make determinations as to the credibility of the witnesses, and great deference is accorded to the factfinders, who had the opportunity to see and hear the witnesses (*see Bertelle v New York City Tr. Auth.,* 19 AD3d 343 [2005]). Under the circumstances here, the jury verdict is supported by a fair interpretation of the evidence (*see Lolik v Big V Supermarkets,* 86 NY2d 744, 746 [1995]; *Nicastro v Park,* 113 AD2d 129, 132-137 [1985]).

The plaintiff's remaining contentions are without merit. Covello, J.P., Santucci, Chambers and Lott, JJ., concur.